Daniel Mara and Daniel Burdick, Respondents, v. The Village of Clinton, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

John Wood, Appellant, v. Harry C. Wesley, as Committee, etc., of S. Edward Dodge, an Incompetent Person, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Harry J. Welts, Appellant, v. Joseph C. Anderson, as Executor, etc., of Louisa Carey, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Robson, J., who dissented.

Herman Boasberg and Others, Respondents, v. Fremont Bond, Otherwise Known as Fremont Benton, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Harry C. Merritt, Appellant, v. William A. Scott, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

John F. Acker, Respondent, v. George Ketchum and Walter Mason, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

John Hengel, as Administrator, etc., of Joseph Hengel, Deceased, Respondent, v. Crosstown Street Railway Company of Buffalo, Appellant. — Judgment and order affirmed, with costs. All concurred.

Mary E. Potter, Respondent, v. Fred R. Engert, Appellant.— Judgment affirmed, with costs. All concurred.

Jennie Moore, Appellant, v. Carl F. Lomb, Respondent.— Judgment affirmed, with costs. All concurred, except Spring, J., who dissented; Foote, J., not sitting.

W. M. Ritter Lumber Company, Respondent, v. E. A. Schroeder Lumber Company, Appellant.— Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. All concurred.

Minerva J. Weagant, as Administratrix, etc., Plaintiff, v. New York Central and Hudson River Railroad Company, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Genevieve V. Potter, Respondent, v. Buffalo, Lockport and Rochester Railway Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Edward F. Knickerbocker, Respondent, v. General Railway Signal Company, Appellant. — Motion to amend decision denied.

In the Matter of Philip V. Fennelly, an Attorney and Counselor at Law. — Report of referee confirmed and the said Philip V. Fennelly disbarred and his name stricken from the roll of attorneys and counselors at law.

In the Matter of the Application for the Removal from office of Bernard J. McAleese, City Judge of the City of Lackawanna.— Matter referred to William H. Cuddeback, Esq., an attorney residing at Buffalo, N. Y., to